389 A.2d 678

Commonwealth v. Fassett, Appellant.

Submitted September 12, 1977. Joseph R. Gorman, for appellant; James E. Davis, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 679

Commonwealth v. Gabert, Appellant.

Submitted March 13, 1978. E. Franklin Martin, Assistant Public Defender, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.